United States District Court
for the Western District of New York

STACEY MIRINAVICIENE,
- V -                    Plaintiff
KEUKA COLLEGE,
AMY STOREY, BRADLEY FUSTER, COLLEEN BERTRAND,
ANNE TUTTLE, ED SILVERMAN,
KEUKA COLLEGE BOARD OF TRUSTEES
            Defendant(s)

AFFIDAVIT OF SERVICE

Index No. 23 CV 6233



Yates County, New York State, I Kenneth A. Kamholtz your deponent is not a party herein, is over 18 years of age and employed at 120 East Main Street Penn Yan NY 14527; being sworn, says," That on Thursday the 4th day of May 2023, at 1:30 p.m. at room 16G, Ball Hall, Keuka College at 141 Central Avenue, Keuka Park, New York 14478, served the within Summons In a Civil Action, Verified Complaint-Jury Trial Demanded with exhibits, on KEUKA COLLEGE in the following manner:

By delivering a true copy of each to ROBERT L. BAUMET, Vice President of Finance and Administration of Keuka College who identified himself to me as the one who is designated by law to accept service of process on behalf of Keuka College Corporation. Further Mr. Baumet determined the place, date, and time of said service to take place and in fact did take place as recorded herein.

ROBERT L. BAUMET is further described as a white male approximately 6 feet tall, weighing 200 pounds with black hair and brown eyes. He is about 55 to 60 years of age.

_____
Kenneth A. Kamholtz

Sworn to before me, this 5th
Day of May, 2023
Notary Public _____

CINDY L KAMHOLTZ
Notary Public, State of New York
Yates County, Reg. No. 01KA6281256
My Commission Expires May 13, 2025

United States District Court
for the Western District of New York

| | |
|---|---|
| STACEY MIRINAVICIENE, | AFFIDAVIT OF SERVICE |
| - V -            Plaintiff | Index No. 23 CV 6233 |
| KEUKA COLLEGE, | |
| AMY STOREY, BRADLEY FUSTER, COLLEEN BERTRAND, | |
| ANNE TUTTLE, ED SILVERMAN, | |
| KEUKA COLLEGE BOARD OF TRUSTEES | |
| Defendant(s) | |

Yates County, New York State, I Kenneth A. Kamholtz your deponent is not a party herein, is over 18 years of age and employed at 120 East Main Street Penn Yan NY 14527; being sworn, says," That on Thursday the 4th day of May 2023, at 1:30 p.m. at room 16G, Ball Hall, Keuka College at 141 Central Avenue, Keuka Park, New York 14478, served the within Summons In a Civil Action, Verified Complaint-Jury Trial Demanded with exhibits, on AMY STOREY in the following manner:

By delivering a true copy of each to ROBERT L. BAUMET, Vice President of Finance and Administration of Keuka College who identified himself to me as the one who is designated by law to accept service of process on behalf of AMY STOREY. Mr. Baumet determined the place, date, and time of said service to take place and in fact did take place as recorded herein. Mr. Baumet advised me that Amy Story is currently and officially an employee of Keuka College Corporation for whom he is authorized by law to accept such service of process.

ROBERT L. BAUMET is further described as a white male approximately 6 feet tall, weighing 200 pounds with black hair and brown eyes. He is about 55 to 60 years of age.

_____
Kenneth A. Kamholtz

Sworn to before me, this 5th
Day of May, 2023
Notary Public _____

CINDY L. KAMHOLTZ
Notary Public State of New York
Yates County. Reg. No. 01KA6281256
My Commission Expires May 13, 2026

United States District Court
for the Western District of New York

STACEY MIRINAVICIENE,
- V -                     **Plaintiff**
KEUKA COLLEGE,
AMY STOREY, BRADLEY FUSTER, COLLEEN BERTRAND,
ANNE TUTTLE, ED SILVERMAN,
KEUKA COLLEGE BOARD OF TRUSTEES
                         Defendant(s)

AFFIDAVIT OF SERVICE
Index No. 23 CV 6233

Yates County, New York State, I Kenneth A. Kamholtz your deponent is not a party herein, is over 18 years of age and employed at 120 East Main Street Penn Yan NY 14527; being sworn, says," That on Thursday the 4th day of May 2023, at 1:30 p.m. at room 16G, Ball Hall, Keuka College at 141 Central Avenue, Keuka Park, New York 14478, served the within Summons In a Civil Action, Verified Complaint-Jury Trial Demanded with exhibits, on BRADLEY FUSTER in the following manner:

By delivering a true copy of each to ROBERT L. BAUMET, Vice President of Finance and Administration of Keuka College who identified himself to me as the one who is designated by law to accept service of process on behalf of BRADLEY FUSTER. Mr. Baumet determined the place, date, and time of said service to take place and in fact did take place as recorded herein. Mr. Baumet advised me that BRADLEY FUSTER is currently and officially an employee of Keuka College Corporation, for whom he is authorized by law to accept such service of process.

ROBERT L. BAUMET is further described as a white male approximately 6 feet tall, weighing 200 pounds with black hair and brown eyes. He is about 55 to 60 years of age.

Kenneth A. Kamholtz

Sworn to before me, this 5th Day of May, 2023
Notary Public

CINDY L KAMHOLTZ
Notary Public, State of New York
Yates County Reg. No. 01KA6281256
My Commission Expires May 13, 2025

United States District Court
for the Western District of New York

| | |
|---|---|
| STACEY MIRINAVICIENE,<br>- V -           Plaintiff<br>KEUKA COLLEGE,<br>AMY STOREY, BRADLEY FUSTER, COLLEEN BERTRAND,<br>ANNE TUTTLE, ED SILVERMAN,<br>KEUKA COLLEGE BOARD OF TRUSTEES<br>                    Defendant(s) | AFFIDAVIT OF SERVICE<br>Index No. 23 CV 6233 |

Yates County, New York State, I Kenneth A. Kamholtz your deponent is not a party herein, is over 18 years of age and employed at 120 East Main Street Penn Yan NY 14527; being sworn, says," That on Thursday the 4th day of May 2023, at 1:30 p.m. at room 16G, Ball Hall, Keuka College at 141 Central Avenue, Keuka Park, New York 14478, served the within Summons In a Civil Action, Verified Complaint-Jury Trial Demanded with exhibits, on COLLEEN BERTRAND in the following manner:

By delivering a true copy of each to ROBERT L. BAUMET, Vice President of Finance and Administration of Keuka College who identified himself to me as the one who is designated by law to accept service of process on behalf of COLLEEN BERTRAND. Mr. Baumet determined the place, date, and time of said service to take place and in fact did take place as recorded herein. Mr. Baumet advised me that COLLEEN BERTRAND is currently and officially an employee of Keuka College Corporation for whom he is authorized by law to accept such service of process.

ROBERT L. BAUMET is further described as a white male approximately 6 feet tall, weighing 200 pounds with black hair and brown eyes. He is about 55 to 60 years of age.

_____
Kenneth A. Kamholtz

Sworn to before me, this 5th
Day of May, 2023
Notary Public _____

CINDY L KAMHOLTZ
Notary Public, State of New York
Yates County Reg No. 01KA6281256
My Commission Expires May 13, 2025

United States District Court
for the Western District of New York

| | |
|---|---|
| STACEY MIRINAVICIENE, | AFFIDAVIT OF SERVICE |
| - V -           Plaintiff | Index No. 23 CV 6233 |
| KEUKA COLLEGE, | |
| AMY STOREY, BRADLEY FUSTER, COLLEEN BERTRAND, | |
| ANNE TUTTLE, ED SILVERMAN, | |
| KEUKA COLLEGE BOARD OF TRUSTEES | |
| Defendant(s) | |

Yates County, New York State, I Kenneth A. Kamholtz your deponent is not a party herein, is over 18 years of age and employed at 120 East Main Street Penn Yan NY 14527; being sworn, says," That on Thursday the 4th day of May 2023, at 1:30 p.m. at room 16G, Ball Hall, Keuka College at 141 Central Avenue, Keuka Park, New York 14478, served the within Summons In a Civil Action, Verified Complaint-Jury Trial Demanded with exhibits, on ANNE TUTTLE in the following manner:

By delivering a true copy of each to ROBERT L. BAUMET, Vice President of Finance and Administration of Keuka College who identified himself to me as the one who is designated by law to accept service of process on behalf of ANNE TUTTLE. Mr. Baumet determined the place, date, and time of said service to take place and in fact did take place as recorded herein. Mr. Baumet advised me that ANNE TUTTLE is currently and officially an employee of Keuka College Corporation for whom he is authorized by law to accept such service of process.

ROBERT L. BAUMET is further described as a white male approximately 6 feet tall, weighing 200 pounds with black hair and brown eyes. He is about 55 to 60 years of age.

_____
Kenneth A. Kamholtz

Sworn to before me, this 5th
Day of May, 2023
Notary Public _____

CINDY L KAMHOLTZ
Notary Public State of New York
Yates County Reg No 01KA6281256
My Commission Expires May 13, 2025

United States District Court
for the Western District of New York

United States District Court
for the Western District of New York

STACEY MIRINAVICIENE,
- V -                    Plaintiff
KEUKA COLLEGE,
AMY STOREY, BRADLEY FUSTER, COLLEEN BERTRAND,
ANNE TUTTLE, ED SILVERMAN,
KEUKA COLLEGE BOARD OF TRUSTEES
                    Defendant(s)

AFFIDAVIT OF SERVICE
Index No. 23 CV 6233

Yates County, New York State, I Kenneth A. Kamholtz your deponent is not a party herein, is over 18 years of age and employed at 120 East Main Street Penn Yan NY 14527; being sworn, says," That on Thursday the 4th day of May 2023, at 1:30 p.m. at room 16G, Ball Hall, Keuka College at 141 Central Avenue, Keuka Park, New York 14478, served the within Summons In a Civil Action, Verified Complaint-Jury Trial Demanded with exhibits, on ED SILVERMAN in the following manner:

By delivering a true copy of each to ROBERT L. BAUMET, Vice President of Finance and Administration of Keuka College who identified himself to me as the one who is designated by law to accept service of process on behalf of ED SILVERMAN. Mr. Baumet determined the place, date, and time of said service to take place and in fact did take place as recorded herein. Mr. Baumet advised me that ED SILVERMAN is currently and officially an employee of Keuka College Corporation for whom he is authorized by law to accept such service of process.

ROBERT L. BAUMET is further described as a white male approximately 6 feet tall, weighing 200 pounds with black hair and brown eyes. He is about 55 to 60 years of age.

Kenneth A. Kamholtz

Sworn to before me, this 5th
Day of May, 2023
Notary Public

CINDY L KAMHOLTZ
Notary Public State of New York
Yates County Reg No 01KA6281256
My Commission Expires May 13, 2025

United States District Court
for the Western District of New York

STACEY MIRINAVICIENE,
- V -                              Plaintiff
KEUKA COLLEGE,
AMY STOREY, BRADLEY FUSTER, COLLEEN BERTRAND,
ANNE TUTTLE, ED SILVERMAN,
KEUKA COLLEGE BOARD OF TRUSTEES
                    Defendant(s)

AFFIDAVIT OF SERVICE
Index No. 23 CV 6233

Yates County, New York State, I Kenneth A. Kamholtz your deponent is not a party herein, is over 18 years of age and employed at 120 East Main Street Penn Yan NY 14527; being sworn, says," That on Thursday the 4th day of May 2023, at 1:30 p.m. at room 16G, Ball Hall, Keuka College at 141 Central Avenue, Keuka Park, New York 14478, served the within Summons In a Civil Action, Verified Complaint-Jury Trial Demanded with exhibits, on the KEUKA COLLEGE BOARD OF TRUSTEES in the following manner:

By delivering a true copy of each to ROBERT L. BAUMET, Vice President of Finance and Administration of Keuka College who identified himself to me as the one who is designated by law to accept service of process on behalf of KEUKA COLLEGE BOARD OF TRUSTEES. Mr. Baumet determined the place, date, and time of said service to take place and in fact did take place as recorded herein.

ROBERT L. BAUMET is further described as a white male approximately 6 feet tall, weighing 200 pounds with black hair and brown eyes. He is about 55 to 60 years of age.

_____
Kenneth A. Kamholtz

Sworn to before me, this 5th
Day of May, 2023
Notary Public _____

CINDY L KAMHOLTZ
Notary Public State of New York
Yates County Reg No 01KA6281256
My Commission Expires May 13, 2025