**Stacey Mirinaviciene**
114 Main Street
P.O. Box 225
Penn Yan, NY 14527

June 21, 2023

Hon. Frank P. Geraci, Jr.
United States District Judge
U.S. Courthouse
100 State Street
Rochester, NY 14614

        Re:    Mirinacviciene v. Keuka College, et al.
               6:23-cv-06233-FPG
               Access to ECF

Dear Judge Geraci:

    I am writing, once more, to respectfully request that this Court reconsider its decision to permit me to file papers using the Court's ECF system. Yesterday, on June 20, 2023, this Court, by Text Order, denied my request.

    Said order provides that I, a pro se litigant, should show a "willingness and capability to file documents electronically" to get approved for such use. As far as capability is concerned, I have been a practicing Certified Public Accountant for over twenty-five years. As such, I have electronically filed documents with the federal government and almost all the states of the union for a very long time. Compared to those systems, the ECF system is very simple to use and I would have no problem working with it.

    Further, I live in Penn Yan, which is over an hours' drive to the Court one way. While I can mail documents, to ensure a document I wish to serve and file does not miss a deadline, ECF would be very convenient. For example, not wanting to miss the deadline to file my opposition to defendants' motion, I had to pay a messenger to travel to the Courthouse and file the papers. I was afraid if I mailed my documents, they might not have reached the Clerk in time.

    Accordingly, I respectfully request that your Honor grants me access to ECF so I can more easily file documents in my case.

                                                                   Very truly yours,

                                                                   Stacey Mirinaviciene