**Stacey Mirinaviciene**
114 Main Street
P.O. BO 225
Penn Van, NY 14527

October 9, 2023

Hon. Frank P. Geraci, Jr.
United States District Judge
U.S. Courthouse
100 State Street
Rochester, NY 14614

        Re:    Mirinaviciene v. Keuka College, et al.
                 6:23-cv-06233-FPG

Dear Judge Geraci:

As you know, I am plaintiff pro se in this matter.

On September 12, 2023, your Honor issued a text order (Doc 13) where you set a briefing schedule, giving defendants until October 6, 2023 to file their opposition papers and October 20th for me to file a reply.

However, defendant filed a cross motion with their opposition (Doc 14). Under the Rule 7(b)(2)(A) of the Local Rules of this Court, where a party makes a cross motion for summary judgment in response to a moving party's motion, the movant has twenty-eight days to file its opposition and the cross moving party shall have fourteen days to file a reply.

Accordingly, I respectfully request that this Court amend the scheduling order to permit plaintiff until November 3, 2023 to file opposition and defendants have until November 17, 2023 to submit a reply.

Thank you for your attention to this.

                                                  Very truly yours,

                                                  Stacey Mirinaviciene

cc:      Defendants' counsel (via CEF)