UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   6:23-cv-06233-FPG
STACEY MIRINAVICIENE,

                          Plaintiff,       **NOTICE OF APPEAL**

     -against-

KEUKA COLLEGE, AMY STOREY, BRADLEY FUSTER,
COLLEEN BERTRAND, ANN TUTTLE, ED SILVERMAN,
and KEUKA COLLEGE BOARD OF TRUSTEES,

                         Defendants.
-----------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that plaintiff STACEY MIRINAVICIENE hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order of Hon. Frank P. Geraci, Jr., U.S.D.J., entered April 10, 2024, that granted defendants' motion to dismiss.

Dated:  Penn Yan, NY
         April 12, 2024

                                                               _/s/_
                                                          Stacey Mirinaviciene
                                                          Plaintiff pro se
                                                          114 Main Street
                                                          P.O. Box 225
                                                          Penn Yan, NY 14527